CHARLES DE MARTINO, Appellant, v. HANNA ERICKSON, Also Known as HANNA LUNDBERG, Respondent, and Others, Defendants.— Order denying plaintiff's motion for the appointment of a referee to compute affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

FRANCIS E. DE RAISMES, Respondent, v. HAROLD L. R. THOMAS, Appellant, and AMERICAN SURETY COMPANY OF NEW YORK, Defendant.— Order, on reargument, denying motion for leave to serve an amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

GEORGE H. ELY, Appellant, v. OSCAR LLOYD and TIMOTHY BOWES, Respondents.— Order, upon reargument, denying plaintiff's motion for the appointment of a receiver and for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

MOLLY H. FRIEDMAN and HERBERT FRIEDMAN, Respondents, v. WILLIAM H. JONES, Appellant.— Order denying defendant's motion for change of venue reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the convenience of the greater number of material witnesses will be served and the ends of justice promoted by a change of venue from Kings county to Saratoga county. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

ANDREW C. GELDERMAN, Appellant, v. MUNSON STEAMSHIP LINE, Respondent. (Appeal No. 1.) — Judgment in favor of defendant reversed upon the law and the facts, and a new trial granted, costs to abide the event. The verdict is against the weight of evidence, particularly on the issue of defendant's negligence in respect to the stowage of plaintiff's goods, upon which issue the court committed prejudicial error in the admission of evidence at folio 136. Questions of fact existed for the jury on the issue of peril of the sea and defendant's negligence upon this record, and the admission of so much of the ship's log as was received in evidence was justified under section 374-a of the Civil Practice Act.* Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ANDREW C. GELDERMAN, Respondent, v. MUNSON STEAMSHIP LINE, Appellant. (Appeal No. 2.) — Order, in so far as it requires defendant to pay to plaintiff or his attorney $500 by reason of defendant's refusal to admit certain facts under a notice dated June 6, 1928, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ANDREW C. GELDERMAN, Appellant, v. MUNSON STEAMSHIP LINE, Respondent. (Appeal No. 3.) — Order denying plaintiff's motion to set aside the verdict and grant a new trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. The irregularity complained of necessitated a granting of the motion under the circumstances disclosed herein. (*Lamphear* v. *MacLean*, 176 App. Div. 473.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

---

* Added by Laws of 1928, chap. 532.— [REP.